| | |
|---|---|
| DEFENDANT: | LANCE JORDAN VIGIL |
| AGE/YOB: | 35/1989 |
| COMPLAINT FILED? | _____ Yes   ___x___ No |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | ___ Yes   __x__ No |
| OFFENSE: | Count 1: 21 U.S.C. § 841(a)(1) and (b)(1)(B)(ii) – Possession with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine |
| LOCATION OF OFFENSE: | Denver County, Colorado |
| PENALTY: | Count 1: NLT 5 years and NMT 40 years imprisonment; NMT $5,000,000 fine, or both; NLT 4 years and NMT life supervised release; $100 special assessment fee.<br><br>Sentencing Enhancement Provision: If the sentencing enhancement in 18 U.S.C. § 3147 applies, the maximum term of imprisonment increases by NMT 10 years. Any term of imprisonment imposed under 18 U.S.C. § 3147 must be consecutive to any other sentence of imprisonment. |
| AGENT: | Caleb Hodgson<br>Special Agent, Drug Enforcement Administration |
| AUTHORIZED BY: | Talia Bucci<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

  X    five days or less; ___ over five days

THE GOVERNMENT:

  x    will seek detention in this case based on 18 U.S.C. § 3142(f)(1) and/or (f)(2).

_____ will not seek detention.

The statutory presumption of detention **is** applicable to this defendant.